IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Rivera, Ricardo

Printed: 4/29/08

Case Number: 07 B 01866
Judge: Goldgar, A. Benjamin
Filed: 2/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,952.40 |  |
| Secured: |  | 1,964.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,774.00 |
| Trustee Fee: |  | 213.43 |
| Other Funds: |  | 0.00 |
| Totals: | 3,952.40 | 3,952.40 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Philip A. Igoe | Administrative | 1,774.00 | 1,774.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 16,728.06 | 1,964.97 |
| 4. | Asset Acceptance | Unsecured | 96.75 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 457.38 | 0.00 |
| 6. | Capital One | Unsecured | 50.34 | 0.00 |
| 7. | American Express Centurion | Unsecured | 1,015.61 | 0.00 |
| 8. | FCC National Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,122.14 | $ 3,738.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 213.43 |
|  | $ 213.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

